UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-137(01)RM |
| ) | |
| JAMES M. CARTER ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 28, 2008 [Doc. No. 26]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant James Carter's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:    April 16, 2008


         /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court